# CANNON & DUNPHY, S.C.

**Attorneys at Law**



| | | |
|---|---|---|
| **William M. Cannon** | **595 North Barker Road** | **Brett A. Eckstein** |
| **Patrick O. Dunphy** | **P. O. Box 1750** | **Josh J. Minon** |
| **Edward E. Robinson** | **Brookfield, WI 53008-1750** | **Michael J. Cerjak** |
| **Allan M. Foeckler** | **Ph: (262) 782-2700** | **Jay M. McDivitt** |
| **Robert D. Crivello** | **Fax: (262) 796-5800** | **Julie A. Leary** |
| | **www.cannon-dunphy.com** | |

October 27, 2022

Hon. Lynn S. Adelman
Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:     Stockton v. Milwaukee County
                Case No: 2:18-cv-758

Dear Judge Adelman:

The parties in this case have reached an agreement-in-principle to resolve this matter and are in the process of finalizing a settlement agreement. We anticipate that a stipulation and order for dismissal should be submitted to the Court in the near future. In the meantime, we believe that it would be appropriate for the Court to remove the March 27, 2023 trial date from its calendar. Thank you.

Yours very truly,

**CANNON & DUNPHY, S.C.**

**Michael J. Cerjak**
Direct Dial: (262) 796-3708
Direct Fax: (262) 796-3718
mcerjak@C-DLaw.com

MJC/amr